# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | Crim. No. 04-599 (FSH) |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **ORDER** |
|  | ) | |
| Roy DePack, | ) | |
|  | ) | July 1, 2008 |
| Defendant. | ) | |

This matter having come before the Court upon the motion of Roy Depack under Fed. R. Crim. P. 33(b) for a new trial filed on May 6, 2008,

IT IS on this 1st day of July, 2008,

ORDERED that the United States respond to Defendant's motion by August 22, 2008.


/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**