# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.04-599 |
| ) | Hon. Faith S. Hochberg, U.S.D.J. |
| v. ) | |
| ) | **ORDER** |
| ROY DEPACK, ) | |
| ) | Date: September 15, 2008 |
| Defendant. ) | |

**HOCHBERG, District Judge:**

This matter having been raised by Defendant seeking default judgment against the Government for having failed to respond to his motion filed pursuant to Fed. R. Crim. P. 33(b); and it appearing that the Government filed its response to Defendant's motion on August 22, 2008; and for good cause having been shown,

**IT IS** on this 15th day of September, 2008,

**ORDERED** that Plaintiff's Motion for Default Judgment is DENIED.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.