# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. 04-599(FSH) |
| v. | : | **ORDER** |
| ROY DEPACK, | : | January 29, 2009 |
| Defendant. | : | |

This matter having come before the Court upon the Application of Defendant for the Court's assistance in gaining his admission to a Federal Bureau of Prisons' ("BOP") program for the treatment of a self-reported gambling problem, specifically he seeks admission into RDAP; and it appearing that RDAP is the BOP's Drug Abuse Treatment Program and an intensive program for inmates with "severe drug abuse problems;" and it further appearing that only inmates who have a "drug use disorder" are eligible for the program; and the Court noting that it is unaware that Defendant suffers from a "drug use disorder;" and the Court therefore finding that Defendant is ineligible to seek admission into the BOP's RDAP program,

**IT IS** therefore on this 29th day of January, 2009,

**ORDERED** that Defendant's application for the Court's assistance in gaining his admission into RDAP is **DENIED**.

                                                                          s/ Faith S. Hochberg  
                                                                          Hon. Faith S. Hochberg, U.S.D.J.