

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Strike Force*

| | | | |
|---|---|---|---|
| RALPH J. MARRA, JR.<br>*Acting United States Attorney* | 970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Phone:<br>Fax:<br>Email: | 973-645-2752<br>973-645-3497<br>anthony.moscato@usdoj.gov |

*Anthony Moscato*
*Assistant United States Attorney*

June 3, 2009

The Honorable Faith S. Hochberg
United States District Judge
United States Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

    Re:   United States v. Roy Depack
           <u>Criminal Number 04-599 (FSH)</u>

Dear Judge Hochberg:

    Roy Depack has filed <u>pro se</u> motions captioned as a Motion for Medical Treatment (Docket # 91) and a Motion to Appoint Counsel (Docket # 93). The United States' response to these motions is due Friday, June 6, 2009.

    The United States respectfully requests that this filing date be continued to Friday, June 12, 2009. The United States has not contacted Mr. Depack regarding this request.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    RALPH J. MARRA, JR.
                                  Acting United States Attorney

                                          /s

                                  By: Anthony Moscato
                                  Assistant U.S. Attorney

cc:   Roy Depack
       25730-050
       FCI Schuylkill
       PO Box 759
       Minersville, Pennsylvania 17954

SO ORDERED.

*Faith S. Hochberg, U.S.D.J*
6/4/09