PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Roy Depack      Cr.: 04-00599-001
                                  PACTS #36816

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, United States District Judge

Date of Original Sentence: 02/07/06

Original Offense: Bank Fraud (2 counts); Making Counterfeit Obligations and Securities of the United States; Attempting to Sell Counterfeit Obligations and Securities of the United States

Original Sentence: 70 months incarceration followed by a 60-month-term of supervised release and to abide by the following special conditions: refrain from gambling and register on self-exclusion list; DNA testing; financial disclosure; no new debt; $400 special assessment fee; and $17,856.48 restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/13/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITHOUT weekend privileges)

You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.

### CAUSE

The offender was recently indicted in the Superior Court of New Jersey, Hudson County, for Issuing Bad Checks and Forgery. The offender is not gainfully employed and has not made consistent payments towards his financial obligation. Since the loss of his mother and new legal problems, the offender reports feelings of anxiety.

PROB 12B - Page 2
Roy Depack

Respectfully submitted,
Maureen Kelly
By: Suzanne J. Golda
    U.S. Probation Officer
Date: 10/23/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
10/25/2012
Date